AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **MAX L. OAKLEY**<br>**DOB:  XX/XX/1944** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about     July 29, 2005     in     Washington, D.C.     county, in the _____ District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

in or affecting interstate commerce, willfully make a threat and maliciously convey false information knowing the same to be false, by sending emails concerning an alleged attempt to be made to destroy a building, that is, the headquarters of the Council on American-Islamic Relations (CAIR) located at 453 New Jersey Avenue, SE, Washington, DC, by means of an explosive.

in violation of Title    18    United States Code, Section(s)    844(e)   .

I further state that I am    Dean Harp, Special Agent with the Federal Bureau of Investigation   , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

AUSA, Catharine A. Hartzenbusch   (202) 353-8822
Dean Harp, Special Agent
Sworn to before me and subscribed in my presence,
Federal Bureau of Investigation

_____        at        Washington, D.C.
Date                                                       City and State

_____    _____
Name & Title of Judicial Officer          Signature of Judicial Officer