**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**
**MAX L. OAKLEY**
**DOB: XX/XX/1944**

I, Dean Harp, Special Agent, Federal Bureau of Investigation, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and am currently assigned to the Washington Field Office of the FBI. As such, I have been assigned to investigate violations of federal law and have used search warrants and other law enforcement techniques. I have received extensive training in investigating violations of federal statutes and have discussed ongoing investigations with law enforcement officers who are experienced in these areas.

2. The statements contained in this affidavit are based on information provided to me by Special Agents of the FBI, and on my experience and background as a Special Agent of the FBI. This affidavit does not contain every material fact that I have learned during the course of this investigation; instead, it contains a recitation of those facts necessary to establish probable cause.

3. This affidavit is made in support of a criminal complaint against Max L. Oakley, for threatening in emails unlawfully to destroy a building by means of an explosive in violation of Title 18, United States Code, Section 844(e).

4. On or about 07/22/2005, the Council on American-Islamic Relations (CAIR) received a harassing/threatening email from troopc4thcav@yahoo.com. The email contained the name "Max Oakley" in the "From" header email section along with the email address of troopc4thcav@yahoo.com. CAIR is a nonprofit Islamic civil rights and advocacy group, whose headquarters is located at 453 New Jersey Avenue, SE, in

Washington D.C. The first email sent on 07/22/2005 included the statements, "you cock suckers better lay of tom rancredo he is right mecca should be nuked along with the rest of your satanist holy places every pig islamic should be wiped of the face of the earth and we are going to do just that" (grammatical errors in original).

5. On or about 07/29/2005, CAIR reported it had received two additional emails containing the name "Max Oakley" in the "From" header email section along with the email address qtrcav@hotmail.com. The email received in the early morning by CAIR on 07/29/2005 advised CAIR that it needed to watch what happens in the next 3 days "after the rest of the mosques will go up in thye damdest explosion you have ever seen" [sic]. The email also advised that the only way to stop these attacks is to make a public announcement on nation television that CAIR is closing down and "you basturd islamics are leaving the usa" [sic].

6. The second email also received by CAIR on or about 07/29/2005 immediately afterwards stated that the announcement of the closing of CAIR must be made on prime time television and all cable news stations on 07/29/2005 at 9:00 p.m. The email then advised that everything was in place to take out the CAIR headquarters and all mosques, and that two years have been spent planning for this event.

7. Officers of the Washington Metropolitan Police Department (MPD) Explosive Ordnance Disposal Unit searched the building with K-9 dogs, but found no evidence of explosives. MPD Officers patrolled around the block at frequent intervals throughout the day.

8. On July 29, 2005, a Request for Emergency FBI Access to Information pursuant to the emergency provisions of Title 18 U.S.C. 2202(b) (8) and 2702 (c) (4),

2

was issued to Microsoft MSN Hotmail requesting subscriber information relating to the email address of qtrcav@hotmail.com. Hotmail's response indicated that the email account is registered to Max Oakley, located in Illinois and a zip code of 62468.

9. On July 29, 2005, an online search revealed the address for someone by the name of Max L. Oakley as 301 E Washington Street, Toledo, Illinois 62468. The online search also included the following address: PO Box 171, Toledo, Illinois 62468. A further online search based on the email address qtrcav@hotmail.com revealed a message signed by a Max Oakley had been posted on a bulletin board on the website www.quarterhorsecav.org. This particular website is devoted to war veterans of the United States ¼ Cavalry Units who served in Vietnam, WWII and other United States wars or conflicts. This message stated, "Just a note to ask what you and other troopers think about this last islamic bombing in london hope every has a weppon or more and plenty of ammo i do think we are going to need it looks like the members of ¼ cav and other Vietnam vets might have to take care of this islamic situation here in the usa…" [sic].

10. On the evening of July 29, 2005, Max L. Oakley was interviewed by FBI agents at his residence at 301 E. Washington Street, Toledo, Illinois. During the interview, Oakley indicated that he had heard of CAIR through the internet and that CAIR was started by two (2) terrorists. OAKLEY had been using the internet to gain information about CAIR and often frequented "chatrooms" over the past 2 to 3 years. Oakley advised that the things CAIR promotes on its website were threatening towards him, as well as the U.S. Oakley then stated, "Islamists threaten us in our own country. Why can't we say what we want against them?" Oakley admitted sending email

messages to CAIR on a few occasions, with the most recent being "last night or the night before." Oakley described his emails as a "bunch of bullshit," and that he had basically told CAIR to "get the hell out." Oakley further stated, "If they're going to blow us up, we're going to blow them up." Oakley was not aware of anyone else who had sent email messages to CAIR. Oakley supplied the interviewing agent with his two email accounts as follows: qtrcav@hotmail.com and troop4thcav@yahoo.com. Oakley, a Vietnam veteran, told the FBI agents that he has been on 100% disability from the U.S. Government for Post-Traumatic Stress Disorder (PTSD). Oakley reported that he takes numerous medications each day, several of which are for depression related to his PTSD.

11.     As soon as the FBI learned that Oakley's emails to CAIR had conveyed false information about an alleged attempt to bomb the CAIR building, MPD was notified and at that time discontinued the special patrols around the CAIR building.

12.     On August 2, 2005, an FBI agent met with a representative of CAIR who printed out and provided the series of emails described above from the computers at its headquarters building located at 453 New Jersey Avenue, SE, Washington, DC.

Based on the foregoing, I believe there is probable cause to believe that Max L. Oakley has violated of Title 18, United States Code, Section 844(e). On or about July 29, 2005, in or affecting interstate commerce, he willfully made a threat and maliciously conveyed false information knowing the same to be false, by sending emails concerning

an alleged attempt to be made to destroy a building, that is, the headquarters of the Council on American-Islamic Relations (CAIR) located at 453 New Jersey Avenue, SE, Washington, DC, by means of an explosive.

_____
Dean Harp, Special Agent
Federal Bureau of Investigation


Sworn and subscribed to before me this \_\_\_\_\_ day of August _____ , 2005


_____
United States Magistrate Judge