IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| v. : | **MAGISTRATE NO. 05-436M** |
| : | |
| **MAX L. OAKLEY,** : | **VIOLATIONS:** |
| : | 18 U.S.C. § 844(e) |
| Defendant. : | (Threat or Hoax Threat |
| : | to Bomb a Building) |

## INFORMATION

On or about July 29, 2005, in the District of Columbia and elsewhere, the defendant, **MAX L. OAKLEY**, did, in and affecting interstate commerce, willfully make a threat and maliciously convey false information knowing the same to be false, by sending emails concerning an alleged attempt to be made to destroy a building, that is, the headquarters of the Council for American-Islamic Relations (CAIR), located at 453 New Jersey Avenue, SE, Washington, DC, by means of an explosive, thereby causing a substantial disruption of business services and resulting in a substantial expenditure of funds.

(**Threat or Hoax Threat to Bomb a Building**, in violation of Title 18, United States Code, Section 844(e)).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
CATHARINE A. HARTZENBUSCH
Bar No. 450-194
Assistant United States Attorney
Transnational/Major Crimes Section
555 Fourth Street, NW, 11th Floor
Washington, DC 20530