**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05-355 (RMU) |
| | : | |
| v. | : | Judge Ricardo M. Urbina |
| | : | |
| **MAX L. OAKLEY,** | : | |
| **Defendant.** | : | |

### *EX PARTE* MOTION OF THE UNITED STATES TO UNSEAL INFORMATION

The United States has been informed that the information in this case has been placed under seal. This information was filed in anticipation of a transfer of this case to the Southern District of Illinois, where the defendant was arrested, for a guilty plea pursuant to Rule 20 of the Federal Rules of Criminal Procedure. Ordinarily the government provides certified copies of the information to the United States Attorney's Office for the receiving jurisdiction and to the defendant and defense counsel as part of the process to effect such a Rule 20 transfer. So long as the certified copies of the information are stamped "sealed," however, this step cannot be accomplished.

The United States did not move to seal this information when it was filed. There is no governmental interest in maintaining this information under seal, and in fact it was filed in anticipation of its disclosure to the defendant, his counsel, and to federal prosecutors in Illinois. Accordingly, the United States hereby moves this Court to unseal this information.

WHEREFORE, the United States respectfully requests that this Court enter an order unsealing the information in this case.

                                              Respectfully Submitted,

                                              KENNETH L. WAINSTEIN
                                              UNITED STATES ATTORNEY

By: _____
CATHARINE A. HARTZENBUSCH
Bar No. 450-194
Assistant United States Attorney
Transnational/Major Crimes Section
555 Fourth Street, NW, Room 11-449
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov