IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 05-355 (RMU) |
| | : | |
| v. | : | |
| | : | |
| **MAX L. OAKLEY,** | : | |
| **Defendant.** | : | |

### ORDER

Upon the *ex parte* motion of the United States to unseal the information in this case, it is this _____ day of September, 2005, hereby

**ORDERED** that the *ex parte* motion of the United States to unseal information is hereby **GRANTED**; and it is further

**ORDERED** that the information in this case be, and hereby is, unsealed.

**SO ORDERED.**

_____
RICARDO M. URBINA, JUDGE
UNITED STATES DISTRICT COURT

cc:   AUSA Catharine A. Hartzenbusch
U.S. Attorney's Office
Transnational/Major Crimes Section
555 4th Street, N.W., Room 11-449
Washington, D.C. 20530
Catharine.Hartzenbusch@usdoj.gov