IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 05-355 (RMU) |
| | : | |
| v. | : | |
| | : | |
| MAX L. OAKLEY, | : | **FILED** |
| Defendant. | : | SEP 2 9 2005 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

ORDER

Upon the *ex parte* motion of the United States to unseal the information in this case, it is this 29th day of September, 2005, hereby

ORDERED that the *ex parte* motion of the United States to unseal information is hereby GRANTED; and it is further

ORDERED that the information in this case be, and hereby is, unsealed.

SO ORDERED.

RICARDO M. URBINA, JUDGE
UNITED STATES DISTRICT COURT

cc:   AUSA Catharine A. Hartzenbusch
      U.S. Attorney's Office
      Transnational/Major Crimes Section
      555 4th Street, N.W., Room 11-449
      Washington, D.C. 20530
      Catharine.Hartzenbusch@usdoj.gov