**U.S. Department of Justice**
*United States Attorneys*

RULE 20

# United States District Court

RULE 20
Category A
Plea to Information
Rule 20 from: the Southern District of Illinois

For the _____ District of _____

United States of America

v.

MAX L. OAKLEY

Criminal No. 05-355

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE

(*Under Rule 20*)

FILED
DEC 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Max L. Oakley, defendant, have been informed that a Information (indictment, *information, complaint*) is pending against me in the above designated cause. I wish to plead guilty (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the Southern District of Illinois in which I am held (am under arrest, am held) and to waive trial in the above captioned District.

Dated: November 8, 2005 at 1:05 p.m.

*(signature)* Max L. Oakley
(*Defendant*)

*(signature)*
(*Witness*)

*(signature)*
(*Counsel for Defendant*)

Approved

*(signature)*
United States Attorney for the
For the District of
Columbia

*(signature)*
United States Attorney for the
For the District of
Illinois

FORM USA-153
(Rev. March 1983)